**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **EFREN MARTINEZ MEDINA** | § | |
| **ID # 36369-177** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **NO. 3:12-CV-3702-M-BN** |
| | § | |
| **UNITED STATES OF AMERICA, et. al,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, all of Plaintiff's claims against the named and unnamed individuals and all claims against the United States, except for those under the Federal Tort Claims Act, are summarily **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED this 7th day of January, 2013.**

_Barbara M. G. Lynn_
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EFREN MARTINEZ MEDINA**<br>        **ID # 36369-177**<br>                **Plaintiff,** | §<br>§<br>§<br>§ | |
| **VS.** | §<br>§ | **NO. 3:12-CV-3702-M-BN** |
| **UNITED STATES OF AMERICA, et. al,**<br>        **Defendants.** | §<br>§<br>§ | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and

Conclusions to which objections have been made, I am of the opinion that the Findings and Conclu-

sions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of

the Court.   By separate judgment, all of Plaintiff's claims against the named and unnamed

individuals and all claims against the United States, except for those under the Federal Tort Claims

Act, are summarily **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

        **SO ORDERED this _____ day of _____, 2013.**


_____
        **UNITED STATES DISTRICT JUDGE**